IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STANLEY V. RANSOM, III                                                    PLAINTIFF

v.                              No. 3:21-cv-217-DPM

STATE OF ARKANSAS;
CHARLES E. CLAWSON, Judge;
COURTNEY KENNEDY, Prosecutor;
PRESTON JONES, ADC Probation/Parole
Officer; and COURTNEY CATO, Prosecutor          DEFENDANTS

JUDGMENT

Ransom's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 January 2022